■ In the Matter of ROBERT W. WEAVER, Appellant, v THOMAS C. JORLING, as Commissioner of the New York State Department of Environmental Conservation, et al., Respondents. [600 NYS2d 671] —Judgment unanimously affirmed without costs for reasons stated in decision at Supreme Court, Forma, J. (Appeal from Judgment of Supreme Court, Erie County, Forma, J.—Article 78.) Present—Callahan, J. P., Green, Lawton, Doerr and Boehm, JJ.